# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

129253

THOMAS DEKORTE and MARY DEKORTE,
      Plaintiffs-Appellants,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129253
COA: 252490
Court of Claims: 00-017714-MD

On order of the Court, the application for leave to appeal the June 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

_____
Clerk

t0125